

FILED
JAN 23 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-331-PMP (RJJ) |
| MICAH DUNCAN, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On October 19, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MICAH DUNCAN to criminal offenses, forfeiting specific property alleged in the Superceding Information and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant MICAH DUNCAN pled guilty. Docket #42, #44, #45, #47.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 15, 2011, through December 15, 2011, notifying all third parties of their right to petition the Court. #53.

. . .

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,
9   Section 2461(c); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code,
10  Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of
11  according to law:

12  a)   a Men's Breitling watch with Diamond Bezel and Sidecase (serial # B45355);
13  b)   a Tennis Necklace with 55 TW Carats of Round Diamonds set-in 10K White Gold;
14  c)   a black Ballistic Vest;
15  d)   $9,938.00 in United States Currency;
16  e)   a Cobray model Leinard PM12, .380 caliber semi-automatic pistol, serial # 12-
17       0014243;
18  f)   an Armory model AUSA 7.62 semi-automatic pistol, serial # B1681;
19  g)   any and all ammunition; and
20  h)   an *in personam* criminal forfeiture money judgment of $46,800.00 in United States
21       Currency ("property").

22  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
23  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
24  as any income derived as a result of the United States of America's management of any property
25  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
26  according to law.

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE